IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60800
(Summary Calendar)

_____

HAROLD J. BLAKELY,

                                        Plaintiff-Appellant,

                    versus

JOHN J. CALLAHAN, Acting Commissioner
of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
(USDC No. 2:95-CV-108-PG)
- - - - - - - - - -
July 28, 1997

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Harold J. Blakely appeals from the district court's judgment affirming the denial of his application for supplemental security income. Blakely argues that substantial evidence did not exist to support the finding that he was not disabled and that a prior application should have been reopened. We have reviewed the record and find no reversible error. Further, this court lacks

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction to address Blakely's argument that his previous application should have been reopened.  See Torres v. Shalala, 48 F.3d 887, 890 (5th Cir. 1995).  Accordingly, the judgment of the district court is

AFFIRMED.